J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
NICOLE L. ROMAN (SBN 267730)
nroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
DARRIN BRIGHT, M.D. and
MICHAEL SEPULVEDA, M.D.

*E-FILED - 2/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. ALEXANDER DISTANTE, N. KUSHNER, M.D., ROBIN RODRIGUEZ, N.P., R. MUHAMMAD, M.D., DARRIN BRIGHT, M.D., MICHAEL SEPULVEDA, M.D.; and, ALEXANDER DISTANTE, M.D.,<br><br>　　　　Defendants. | Case No.: 5:10-cv-02715-RMW<br><br>**[ ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION** |

　　　　The Motion to Extend the Deadline to File Dispositive Motion by defendants DARRIN BRIGHT, M.D. and MICHAEL SEPULVEDA, M.D. and all related pleadings were submitted to this Court.  The Court, having read and considered the motion and related papers in this matter, and all other matters presented to the Court, and good cause appearing therefore, hereby GRANTS the motion and makes the following an Order of this Court:

　　　　IT IS ORDERED that Defendants shall file a motion for summary judgment or other dispositive motion no later than **ninety (90) days after this motion is granted**.  The motion shall be supported by adequate factual documentation and, if applicable, shall conform in all respects to Federal Rule of Civil Procedure 56.  If Defendants are of the opinion that this case cannot be

1

1  resolved by dispositive motion, they shall so inform the Court prior to the date the motion is due. All
2  papers filed with the Court shall be promptly served on Plaintiff.

3  IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be
4  filed with the Court and served on Defendants no later than **thirty (30) days** after the date on which
5  Defendants' motion is filed. Plaintiff is referred to the Court's Order of Service filed August 2,
6  2010, at Docket No. 3, regarding summary judgment.

7  IT IS FURTHER ORDERED that Defendants' reply brief shall be filed no later than **fifteen**
8  **(15) days** after the date Plaintiff's opposition is filed.

9  IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply
10 brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

11 IT IS SO ORDERED.

13 Dated: 2/7/11

_____
THE HON. RONALD M. WHYTE
United States District Court Judge