*E-FILED - 5/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS, | No. C 10-2715 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO LOCATE DEFENDANTS KUSHNER AND MUHAMMAD |
| v. | |
| DR. KUSHNER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983. Before the court is plaintiff's request for extension of time to locate defendants Kushner and Muhammad.

Plaintiff's request for an extension of time is GRANTED. Plaintiff must file the necessary information to locate defendants Kushner and Muhammad within **thirty (30) days** from the date this order is filed. **Failure to file the necessary information within thirty (30) days from the filing date of this order will result in the dismissal of the claims against defendants Kushner and Muhammad.**

IT IS SO ORDERED.

DATED: 5/4/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Request for Extension of Time to Locate Defendants Kushner and Muhammad
P:\PRO-SE\SJ.Rmw\CR.10\Williams715eot-4m.wpd

United States District Court
For the Northern District of California