IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS, ) | No. C 10-2715 RMW (PR) |
| ) Plaintiff, ) | ORDER OF DISMISSAL OF |
| ) | CLAIMS AGAINST UNSERVED |
| v. ) | DEFENDANTS WITHOUT |
| ) | PREJUDICE |
| DOCTOR TABBAA MUMTAZ, et al., ) | |
| ) Defendants. ) | |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that several medical professionals have exhibited deliberate indifference to his serious medical needs. On September 30, 2010, the court issued summonses to all named defendants. After several summonses were returned unexecuted, the court directed plaintiff to provide current location information on defendants Dr. R. Muhammad and Dr. N. Kushner or face dismissal of both defendants. In September 2011, after requesting the litigation coordinators of both Salinas Valley State Prison and Pleasant Valley State Prison to provide forwarding addresses of both Muhammad and Kushner, the court received letters from both prisons indicating that mail sent to the forwarding address on file for Muhammad was returned undeliverable, and that Kushner had no forwarding address on file because he was found to be absent without leave and released from state service. (Docket Nos. 63, 65.)

The court's July 29, 2001 order cautioned plaintiff that, "If no further information is

available from the Litigation Coordinators, and if plaintiff fails to provide the requested information **within thirty days** of the filing date of this order, defendants R. Muhammad and N. Kushner will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." More than thirty days from the date of that order have passed, and plaintiff has not provided the court with any further identifying or location information for either defendants Dr. Muhammad or Dr. Kushner.

Accordingly, defendants Dr. Muhammad and Dr. Kushner are DISMISSED from this action without prejudice.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order of Dismissal of Claims Against Unserved Defendants Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.10\Williams733dis4m.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS JR,<br><br>          Plaintiff,<br><br>   v.<br><br>TABBAA MUMTAZ et al,<br><br>          Defendant. | Case Number: CV10-02715 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Salinas Valley State Prison
Housing: A-5-143
P.O. Box 1050
Soledad, CA 93960

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk