**E-FILED on      6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,            ) | No. C 10-2715 RMW (PR) |
|          )| |
|          Plaintiff,            ) | ORDER DENYING REQUESTS |
|          ) | FOR PRELIMINARY |
|   v.            ) | INJUNCTION AND |
|          ) | CERTIFICATE OF |
| ROBIN RODRIGUEZ, et al.,            ) | APPEALABILITY |
|          ) | |
|          Defendants.            ) | |
|          ) | |
|  | (Docket Nos. 107, 108) |

On April 10, 2012, the Court granted defendants' motion for summary judgment and entered judgment in favor of defendants and against plaintiff. Plaintiff has filed a motion for preliminary injunction and a request for a certificate of appealability. Plaintiff's request for a preliminary injunction is moot and his request for a certificate of appealability is inapplicable. Accordingly, plaintiff's requests are DENIED.

This order terminates docket numbers 107 and 108.

IT IS SO ORDERED.

DATED:    6/5/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order denying Prelim. Inj; Cert. of Appealability
G:\PRO-SE\SJ.Rmw\CR.10\Williams715postdis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS JR, | Case Number: CV10-02715 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TABBAA MUMTAZ et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Salinas Valley State Prison
Housing: A-5-143
P.O. Box 1050
Soledad, CA 93960

Dated: June 5, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk